DONALD A. WILSON (43993)
Wilson & Wilson
928 Middlefield Road
Redwood City, CA 94063
TEL: (650) 366-8241
FAX: (650) 366-2808

E-Filing

Attorney for Plaintiffs
COLMAR PROPERTIES, LLC and COLEMAN D. MOORE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC and COLEMAN D. MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br>Defendants. | CASE NO. C 05 0912 JL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to request from Plaintiff's Counsel, the Case Management Conference presently scheduled for August 3, 2005 at 10:30 a.m. is continued to September 21, 2005 at 10:30 a.m.

Plaintiff's Counsel shall give notice of the continued date to Defendants' Counsel.

Dated: 8-3-05

HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

1