IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLMAR PROPERTIES, LLC and COLEMAN D. MOORE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant | No. C-05-0912 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Court is in receipt of defendant's Case Management Conference Statement, filed November 1, 2005. In light of the representations made therein, the Court hereby CONTINUES the Case Management Conference from November 4, 2005 to December 16, 2005, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than December 9, 2005.

　　　**IT IS SO ORDERED.**

Dated: November 1 , 2005

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge