| | |
|---|---|
| 1 | DONALD A. WILSON (43993) |
|   | Wilson & Wilson |
| 2 | 928 Middlefield Road |
|   | Redwood City, CA 94063 |
| 3 | TEL: (650) 366-8241 |
| 4 | FAX: (650) 366-2808 |
| 5 | Attorney for Plaintiffs |
|   | COLMAR PROPERTIES, LLC and COLEMAN D. MOORE |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC and COLEMAN D. MOORE, <br> Plaintiffs, <br><br> vs. <br><br> COMMISSIONER OF THE INTERNAL REVENUE SERVICE, <br> Defendants. | CASE NO. C 05 0912 JL MMC <br><br> **SUBSTITUTION OF ATTORNEYS ;** <br> ORDER THEREON |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff is substituting in the place of its former legal representative, WILSON & WILSON, Attorneys At Law by Donald A. Wilson, Esq., TOWNSEND & TOWNSEND and CREW, LLP, Attorneys At Law by Daniel J. Furniss, Esq.

The new legal representative's address is:

379 Lytton Avenue
Palo Alto, CA 94301

His telephone number is: 650-326-2400.

His State Bar No. is: 73531.

///
///

I consent to this substitution.
October 25, 2005

_____
Donald A. Wilson, Esq.
WILSON & WILSON
Former Legal Representative


I consent to this substitution.
October 1_, 2005

_____
Daniel J. Furniss, Esq.
TOWNSEND & TOWNSEND and CREW, LLP
New Legal Representative


I consent to this substitution.
October 27, 2005

_____
Coleman D. Moore, Plaintiff


I consent to this substitution.
October 27, 2005

_____
Richard L. Moore, Plaintiff
Manager, COLMAR PROPERTIES, LLC


Dated: December 13, 2005



IT IS SO ORDERED
Judge Maxine M. Chesney