| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | DANIEL J. FURNISS (State Bar No. 73531) |
| 2 | THOMAS F. FITZPATRICK (State Bar No. 193565) |
| | 379 Lytton Avenue |
| 3 | Palo Alto, California 94301 |
| | Telephone: (650) 326-2400 |
| 4 | Facsimile: (650) 326-2422 |
| 5 | Attorneys for Plaintiffs |
| | Colmar Properties, LLC and Coleman D. Moore |
| 6 | |
| 7 | KEVIN V. RYAN (State Bar No. 118321) |
| | United States Attorney |
| 8 | JAY R. WEILL (State Bar No. 75434) |
| | Assistant United States Attorney |
| 9 | Chief, Tax Division |
| | 10th Floor Federal Building |
| 10 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, CA 94102 |
| 11 | Telephone: (415)436-7017 |
| | Facsimile: (415) 436-6748 |
| 12 | |
| | Attorneys for Defendant |
| 13 | United States of America |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC and COLEMAN D. MOORE, | Case No.   C-05-0912 MMC |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF COLEMAN D. MOORE INDIVIDUALLY; ORDER THEREON** |
| v. | |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | |
| Defendant. | |

Plaintiff Colman D. Moore and Defendant United States of America, by and through their respective counsel, hereby stipulate that the claims of Plaintiff Colman D. Moore, individually, against Defendant be dismissed without prejudice.

DATED: March 20, 2006

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/_____
    DANIEL J. FURNISS

Attorneys for Plaintiffs
Colmar Properties, LLC and Coleman D. Moore

UNITED STATES ATTORNEY

By: /s/_____
    JAY R. WEILL

Attorneys for Defendant
United States of America

**ORDER**

Based on the foregoing stipulation, the claims of Plaintiff Coleman D. Moore, individually, against Defendant are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 21, 2006

By: _____
    MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

STIPULATION RE: DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF COLEMAN D. MOORE INDIVIDUALLY
CASE NO. C-05-0912 MMC