```
KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL(CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue
    10th Floor, P.O. Box 36055
    Tel: (415) 436-7017
    Fax: (415) 436-6748
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC AND COLEMAN D. MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C 05-0912 MMC <br><br> ORDER GRANTING <br><br> APPLICATION FOR PERMISSION TO FILE ATTACHED SUPPLEMENTAL MEMORANDUM |

The government filed its motion to dismiss and for summary judgment on January 27, 2006. Since no response was filed, the Court vacated the hearing date scheduled for March 3, 2006. Since that date an Amended Complaint was filed and plaintiff Coleman D. Moore was dismissed as a plaintiff. The government seeks to file the attached supplemental memorandum to explain why the Amended Complaint should be dismissed.

```
                              KEVIN V. RYAN
                              United States Attorney

Dated: March 21, 2006         /s/ Jay R. Weill
                              JAY R. WEILL
                              Assistant United States Attorney
                              Chief, Tax Division
```

## ORDER

Upon application of the United States, the government's Supplemental Memorandum ~~can be~~ filed. is deemed Plaintiff shall file any opposition no later than March 31, 2006, and defendant may file a reply no later than April 7, 2006, at which time the Court will take the matter under submission.

Dated: March 22, 2006                    _____
                                         UNITED STATES DISTRICT JUDGE