TOWNSEND AND TOWNSEND AND CREW LLP
DANIEL J. FURNISS (State Bar No. 73531)
THOMAS F. FITZPATRICK (State Bar No. 193565)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiffs
Colmar Properties, LLC and Coleman D. Moore


KEVIN V. RYAN (State Bar No. 118321)
United States Attorney
JAY R. WEILL (State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Facsimile: (415) 436-6748

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC and COLEMAN D. MOORE,<br><br>            Plaintiffs,<br><br>v.<br><br>COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br><br>            Defendant. | Case No.   C-05-0912 MMC<br><br>**ORDER APPROVING STIPULATION RE: EXTENSION OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |

Plaintiff Colmar Properties, LLC and Defendant United States of America, by and through their respective counsel, hereby stipulate that Plaintiff be permitted up to and including April 24, 2006

to respond to Defendant's Supplemental Memorandum In Support of Motion To Dismiss and For Summary Judgment ("Supplemental Memorandum"), stating as follows:

1. Defendant filed its Application for Permission to File its Supplemental Memorandum with the Court on March 21, 2006;

2. On March 22, 2006, the Court granted Defendant's request to file the Supplemental Memorandum and ordered Plaintiff to file any opposition by March 31, 2006;

3. Plaintiff's counsel is currently in trial, which is expected to last until mid-April, 2006. In light of Plaintiff's counsel heavy trial commitment, Plaintiff requested additional time to respond to the Supplemental Memorandum, up to and including April 24, 2006.

4. Defendant's counsel agreed to Plaintiff's request.

5. The parties therefore stipulate that Plaintiff has up to and including April 24, 2006 to file any opposition to the Supplemental Memorandum.

DATED:  March 27, 2006                    Respectfully submitted,

                                          TOWNSEND AND TOWNSEND AND CREW LLP


                                          By:     /S/
                                                DANIEL J. FURNISS

                                              Attorneys for Plaintiffs
                                              Colmar Properties, LLC and Coleman D. Moore


                                          UNITED STATES ATTORNEY


                                          By:     /S/
                                                JAY R. WEILL

                                              Attorneys for Defendant
                                              United States of America

///
///
///

**ORDER**

Based on the foregoing stipulation, Plaintiff Colmar Properties, LLC has up to and including April 24, 2006 to file any opposition to the Supplemental Memorandum, and Defendant may file a reply no later than May 5, 2006. As of May 5, 2006, the Court will take the matter under submission.

IT IS SO ORDERED.

DATED: March 28, 2006

By: _____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE